IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 14-15354-E

BRAD BUEHRLE,

*Plaintiff-Appellant,*

vs.

CITY OF KEY WEST,

*Defendant-Appellee.*

**APPELLEE'S OBJECTION TO APPELLANT'S
APPLICATION FOR ATTORNEYS FEES**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

The Appellee, City of Key West, by and through its undersigned attorneys and pursuant to Eleventh Circuit Rule 39-2(c), files its objection to Appellant Brad Buehrle's application for appellate attorneys fees and states as follows:

1. Appellant asserts that he is now a prevailing party under 42 U.S.C. Section 1988(b) and requests that the Court award him $48,712.50 in attorneys fees for work on this appeal.

2. On December 29, 2015, this Court issued its opinion which reversed the district court's entry of a final summary judgment in favor of the Appellee City of Key West and remanded the case for further proceedings consistent with the opinion. A final judgment in favor of Appellee Buehrle has not yet been entered and may not ultimately be entered following remand of the action and further proceedings in the district court.

3. It is well settled that two conditions must exist before the prevailing party standard is met. First, a civil rights plaintiff must obtain at least some relief on the merits of his claim and must secure relief which provides a direct benefit at the time of the judgment or settlement. "[A] plaintiff prevails when actual relief on the merits of his claim materially alter the legal relationship between the parties by modifying the defendant's behavior in a way that directly benefits the plaintiff." See Farrar v. Hobby, 506 U.S. 103, 111, 113 S. Ct. 566, 573, 121 L. Ed. 2d 494 (1992).

4. In light of the Court's remand for further proceedings, including the potential for additional evidence, hearings and/or trial in the district court, Appellant Buehrle has not yet obtained relief on the merits of his claim or a judgment which secures a direct benefit to him. As such, Appellant Buehrle has not yet established that he is a prevailing party within the meaning of the statute so as to be entitled to an award of attorneys fees.

5. As a result, it is respectfully submitted that Appellant Buehrle's

application should be denied or conditionally granted in an amount to be determined by the district court, conditioned upon Appellant Buehrle obtaining a judgment in his favor following remand and the completion of further proceedings in the district court.  See <u>Hanrahan v. Hampton</u>, 446 U.S. 754, 758, 100 S. Ct. 1987, 64. L.Ed. 2d 670 (1980) and <u>Ellis v. Wright</u>, 293 Fed. Appx. 634, 2008 U.S. App. LEXIS 13541 (11th Cir. 2008).

        /s/ *Michael T. Burke*
Michael T. Burke, Esquire (338771)
Hudson C. Gill, Esquire (15274)
Burke@jambg.com
Cardona@jambg.com
Hgill@jambg.com
Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
954-463-0100
Attorneys for Defendant/Appellee

## **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Eleventh Circuit Rule 26.1-1 the undersigned certifies that the Certificate of Interested Persons and Corporate Disclosure Statement included with Appellant's Application for Attorney's Fees is complete and includes all persons and entities who have an interest in the outcome of the appeal.

*/s/ Michael T. Burke*
Michael T. Burke, Esquire (338771)
Hudson C. Gill, Esquire (15274)
Burke@jambg.com
Cardona@jambg.com
Hgill@jambg.com
Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
954-463-0100
Attorneys for Defendant/Appellee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of February, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
*Counsel for City of Key West*
2455 East Sunrise Boulevard, Ste. 1000
Fort Lauderdale, FL 33304
954-463-0100


BY: */s/Michael T. Burke*
    MICHAEL T. BURKE
    Florida Bar No. 338771
    HUDSON C. GILL
    Florida Bar No. 15274

## **SERVICE LIST**

| | |
|---|---|
| Counsel for Plaintiff-Appellant | Counsel for Defendant-Appellee |
| Wayne LaRue Smith | Michael T. Burke |
| The Smith Law Firm | Hudson C. Gill |
| 333 Fleming Street | Johnson Anselmo Murdoch Burke |
| Key West, Florida 33040 | Piper & Hochman, P.A. |
| 305-296-0029 | 2455 E. Sunrise Blvd., Ste. 1000 |
| court-filings@thesmithlawfirm.com | Ft. Lauderdale, Florida 33304 |
| | 954-463-0100 |
| | burke@jambg.com |
| | cardona@jambg.com |
| | hgill@jambg.com |