UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

APPEAL CASE NO.: 14-15354-E

BRAD BUEHRLE,

 Appellant,

v.

CITY OF KEY WEST,

 Appellee.

_____/

**APPELLANT BRAD BUEHRLE'S REPLY TO APPELLEE'S OBJECTIONS TO APPELLANT'S APPLICATION FOR APPELLATE ATTORNEY'S FEES**

*Brad Buehrle v. City of Key West*                                Appeal No. 14-15354-E

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

APPEAL CASE NO.: 14-15354-E

BRAD BUEHRLE,

    Appellant,

v.

CITY OF KEY WEST,

    Appellee.

_____/

## APPELLANT BRAD BUEHRLE'S REPLY TO APPELLEE'S OBJECTIONS TO APPELLANT'S APPLICATION FOR APPELLATE ATTORNEY'S FEES

Appellant, Brad Buehrle ("Buehrle"), through undersigned counsel and pursuant to Federal Rules of Appellate Procedure 27(a)(4) and 42 U.S.C. § 1988, files his reply to Appellee City of Key West's ("City") Objections to his Application for Appellate Attorney's Fees, and states:

1. Buehrle is entitled to his reasonable appellate attorney's fees pursuant to 42 U.S.C. § 1988, because Buehrle has prevailed on a significant issue of the litigation and has achieved a benefit which he sought, namely the establishment of his constitutional right to practice the art of tattooing and a declaration that the City's ordinance restricting the number of tattoo establishments in the historic district was unconstitutional.  See Tex. State Teachers Ass'n v. Garland Indep. Sch. Dist., 489 U.S. 782, 789 (U.S. 1989).

*Brad Buehrle v. City of Key West*                    Appeal No. 14-15354-E

    2. The "legislative history of the Civil Rights Attorney's Fees Awards Act of 1976 indicates that a person may in some circumstances be a 'prevailing party' without having obtained a favorable 'final judgment following a full trial on the merits.'" Hanrahan v. Hampton, 446 U.S. 754, 756-757 (U.S. 1980) (quoting H. R. Rep. No. 94-1558, p. 7 (1976). See also S. Rep. No. 94-1011, p. 5 (1976)).

    3. Further, "Congress contemplated the award of fees *pendente lite*" in cases where a party "has established his entitlement to some relief on the merits of his claims, either in the trial court or on appeal." Id. at 757 (citing S. Rep. No. 94-1011, p. 5 (1976); H. R. Rep. No. 94-1558, pp. 7-8.).

    4. In Hanrahan the Court denied appellate attorney's fees to the respondents because the appellate court "held only that the respondents were entitled to a trial of their cause" and that as a "practical matter they are in a position no different from that they would have occupied if they had simply defeated the defendants' motion for a directed verdict in the trial court." Id. at 758-759.

    5. Unlike Hanrahan, this Court has not merely granted Buehrle a new trial, but has made a preliminary determination that the City's ordinance restricting the number of tattoo establishments in the historic district is unconstitutional. Opinion, p. 13. As the City points out in its Objections, this Court did leave open a sliver of a chance for the City to prove that its ordinance is constitutional in that this Court

*Brad Buehrle v. City of Key West*                              Appeal No. 14-15354-E

stated that "[p]erhaps, if the district court chooses to permit the introduction of new evidence on remand, the City can produce the kind of evidence that would satisfy its burden, but so far it has not done so." Opinion, p. 12.

    6. Even though this Court gave the City a chance, it will be up to the district court to decide whether it will allow additional evidence to be presented. The City will be not be able to present any such evidence because none exists. Although not included in the appellate record, during the course of discovery Buehrle made several requests to the City seeking, every document related to the ordinances subject to this lawsuit and all evidence relied on in passing the subject ordinances. The City neither objected to the requests nor produced any documents that in any way would satisfy the standards this Court has set forth in its opinion.

    7. Accordingly, the district court will be compelled by the law of the case to enter final judgment in Buehrle's favor.

    8. However, regardless of the outcome of the district court, Buehrle has prevailed on a significant issue that was vigorously contested during every phase of this litigation, an issue that presented a first impression in this Circuit, and has widespread application.

    **WHEREFORE**, Appellant, Brad Buehrle, respectfully requests that this Court enter an order awarding Buehrle's reasonable attorneys' fees, and for such

*Brad Buehrle v. City of Key West*                                                       Appeal No. 14-15354-E

further relief as the Court deems just and proper.


Dated: February 12, 2016                    Respectfully submitted,

                                                        /s/ Brett Tyler Smith
                                                        WAYNE LaRUE SMITH
                                                        Florida Bar No. 031410
                                                        BRETT TYLER SMITH
                                                        Florida Bar No. 85412
                                                        THE SMITH LAW FIRM,
                                                        a professional association
                                                        509 Whitehead Street
                                                        Key West, FL 33040
                                                        Court-Filings@TheSmithLawFirm.Com

*Brad Buehrle v. City of Key West*                                                  Appeal No. 14-15354-E

## CERTIFICATE OF COMPLIANCE WITH FED. R. APP. P. 32(a)

1. This Reply to Appellee's Objections to Appellant's Application for Appellate Attorney's Fees complies with the page-volume limitation of Fed. R. App. P. 27(d)(2) because this reply does not exceed 10 pages.

2. This Reply complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type style requirements of Fed. R. App. 32(a)(6) because this reply has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman font.

                                             By: /s/Brett Tyler Smith
                                             Attorney for Appellant, Brad Buehrle

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2016, pursuant to Federal Rules of Appellate Procedure 25(d), the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, by U.S. mail those counsel or parties who are not authorized to receive electronically Notices of Electronic Filings.

                                             By: /s/Brett Tyler Smith
                                             Attorney for Appellant, Brad Buehrle

*Brad Buehrle v. City of Key West*                              Appeal No. 14-15354-E

# SERVICE LIST
*Brad Buehrle v. City of Key West*
Case No. 13-cv-10103-JEM
Appeal No. 14-15354-E
<u>United States Circuit Court, Southern District of Florida</u>
<u>Key West</u>

***Counsel for Appellee City of Key West***
(service by CM/ECF)
Michael T. Burke, Esquire (338771)
Johnson, Anselmo, Murdoch,
Burke, Piper & Hockman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida  33304
T: (954) 463-0100
F: (954) 463-2444
E: Burke@jambg.com

                                              /s/ Brett Tyler Smith
                                              WAYNE LaRUE SMITH
                                              Florida Bar No. 031410
                                              BRETT TYLER SMITH
                                              Florida Bar No. 85412
                                              THE SMITH LAW FIRM,
                                              a professional association
                                              Attorney for Appellant
                                              Brad Buehrle
                                              509 Whitehead Street
                                              Key West, Florida 33040
                                              T: (305) 296-0029
                                              F: (305) 296-9172
                                              E: Court-Filings@TheSmithLawFirm.Com